# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY BECK-ELLMAN, JOHN AND DENISE BIELIS, and JOHN AND SANDY MAHOY, individually and on behalf of all others similarly situated, <br><br>Plaintiffs, <br><br>vs. <br><br>KAZ USA INCORPORATED, and KAZ INCORPORATED, <br><br>Defendants. | CASE NO. 10-CV-2134-H (POR) <br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

On September 9, 2011, the parties filed a joint motion to dismiss plaintiffs, John Bielis and Denise Bielis, from the case. The Court, for good cause shown, GRANTS the joint motion and dismisses only plaintiffs John Bielis and Denise Bielis without prejudice.

**IT IS SO ORDERED.**

DATED: September 20, 2011

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT