# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY BECK-ELLMAN, JOHN AND DENISE BIELIS, and JOHN AND SANDY MAHOY, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>KAZ USA INCORPORATED, and KAZ INCORPORATED,<br><br>DEFENDANTS. | CASE NO.: 3:10-cv—02134-H-DHB<br>**CLASS ACTION CASE**<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br><br>Complaint Filed:   10/13/2010<br>Trial Date:           01/08/2013 |

Plaintiffs BEVERLY BECK-ELLMAN and JOHN and SANDY MAHOY (collectively "Plaintiffs") and defendants KAZ USA INCORPORATED and KAZ INCORPORATED (collectively "Defendants") hereby agree and request, pursuant to Federal Rules of Civil Procedure Rule 16(b)(4), to amend the Scheduling Order;

WHEREAS, on March 4, 2011 the parties lodged a discovery plan in this case.

WHEREAS, on April 4, 2011 the parties participated in a Case Management Conference with the Honorable Louisa Porter.

1  WHEREAS, the parties have been actively engaged in discovery having completed more than 12 party depositions, including numerous "persons most knowledgeable" depositions of KAZ, INCORPORATED in Massachusetts;

WHEREAS, the parties have exchanged voluminous documents in excess of 15,000 pages;

WHEREAS, the parties have agreed to exchange their liability expert reports by May 25, 2012;

WHEREAS, the parties have agreed to participate in mediation with former Magistrate Leo Papas (Ret.) with said mediation to begin on June 27, 2012;

WHEREAS, the parties request that (1) the motion for class certification motion deadline be continued by 23 days, until July 22, 2012, (2) that other pre-trial deadlines be continued as listed below, and (3) trial be continued by 63 days to March 19, 2013;

WHEREAS, the foregoing demonstrates good cause to amend the present Scheduling Order; the parties propose and request this court enter an Amended Scheduling Order.

**IT IS HEREBY STIPULATED** by and between the parties that:

1) The Scheduling Order be amended as stated in the attached [Proposed] Amended Scheduling Order.

Dated: May 24, 2012               EPPSTEINER & FIORICA
                                  ATTORNEYS, INC.

                          BY: *Stuart M. Eppsteiner*
                              STUART M. EPPSTEINER
                              ANDRE J. KUBIK
                              Attorneys for Plaintiffs and the Class

\*\*

\*\*

\*\*

Dated:   May 24, 2012   _              GRIMM, VRANJES & GREER LLP

                                BY:   *Eugene P. Kenny*
                                      EUGENE P. KENNY
                                      CHARLES A. PHILLIPS
                                      Attorneys for Defendants KAZ
                                      USA, INCORPORATED and
                                      KAZ, INCORPORATED

jt mot to amend scheduling order (01140241-3).DOCX