| | |
|---|---|
| 1 | **THARPE & HOWELL, LLP** |
| 2 | **15250 Ventura Boulevard, Ninth Floor** <br> **Sherman Oaks, California 91403-3221** |
| 3 | **(818) 205-9955; (818) 205-9944 Fax** <br> PAUL V. WAYNE, ESQ., SBN 101482 |
| 4 | SOOJIN KANG, ESQ., SBN 219738 |
| 5 | **GRIMM, VRANJES & GREER LLP** <br> **P.O. Box 129012** |
| 6 | **San Diego, CA 92112-9012** <br> **(619)231-8802; (619)233-6039 Fax** |
| 7 | EUGENE P. KENNY, ESQ., SBN 105889 <br> W. PATRICK GRIMM, ESQ., SBN 90147 |
| 8 | Attorneys for Defendants, |
| 9 | KAZ USA, INCORPORATED and KAZ <br> INCORPORATED |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BEVERLY BECK-ELLMAN, JOHN AND DENISE BIELIS, and JOHN AND SANDY MAHOY, individually and on behalf of all others similarly situated, | ) ) ) ) ) | CASE NO.: 3:10-cv-02134-H-DHB <br> *CLASS ACTION CASE* |
| Plaintiffs, | ) ) | |
| v. | ) ) | **NOTICE OF ASSOCIATION OF COUNSEL** |
| KAZ USA INCORPORATED; and <br> KAZ INCORPORATED, | ) ) ) | |
| Defendants. | ) ) ) | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that THARPE & HOWELL, LLP hereby associates as counsel with Grimm, Vranjes & Greer LLP on behalf of Defendants KAZ USA INCORPORATED and KAZ INCORPORATED, in the above-captioned action. All pleadings and other papers served on KAZ USA INCORPORATED and KAZ INCORPORATED should also be directed to the attention of Paul V. Wayne and Soojin Kang at:

THARPE & HOWELL LLP

15250 Ventura Boulevard, Ninth Floor

- 1 -

**NOTICE OF ASSOCIATION OF COUNSEL**

|   |   |
|---|---|
| 1 | Sherman Oaks, California  91403-3221 |
| 2 | Telephone: (818) 205-9955 |
| 3 | Fax: (818) 205-9944 |
| 4 | E-mail: pwayne@tharpe-howell.com |
| 5 | skang@tharpe-howell.com |

DATED:  July 20, 2012                THARPE & HOWELL, LLP


By:___/s/ _____
       PAUL V. WAYNE
       Attorneys for Defendants,
       KAZ USA, INCORPORATED
       and KAZ INCORPORATED

DATED:  July 20, 2012                THARPE & HOWELL, LLP


By:___/s/_____
       SOOJIN KANG
       Attorneys for Defendants,
       KAZ USA, INCORPORATED
       and KAZ INCORPORATED

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California  91403-3221

- 2 -

**NOTICE OF ASSOCIATION OF COUNSEL**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, California 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**NOTICE OF ASSOCIATION OF COUNSEL**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

Stuart M. Eppsteiner, Esq.                        Attorneys for Plaintiff
Andrew J. Kubik, Esq.
EPPSTEINER & FIORICA ATTORNEYS, LLP
12555 High Bluff Dr. Suite 155
San Diego, CA   92130
(858)350-1500; (858)350-1501 Fax

5. a. ___ **By personal service**. I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

    b. ___ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

    (1) ___ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

    (2) ___ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

    c. ❑ **By overnight delivery**. I enclosed the documents on the date shown below in an

- 3 -
**NOTICE OF ASSOCIATION OF COUNSEL**

envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ❏ **By messenger service**. I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

e. ❏ **By fax transmission**. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached.

f. ☒ **By e-mail or electronic transmission**. Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

☒  I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

__  I declare that I am a member of the bar of this Court.

| 7/20/12 | Amy Eivazian | /s/ |
|---------|--------------|-----|
| DATE | (TYPE OR PRINT NAME) | SIGNATURE OF DECLARANT |

I:\25233\Pleadings\Notice of Association of Counsel.wpd

**THARPE & HOWELL, LLP**
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 4 -

**NOTICE OF ASSOCIATION OF COUNSEL**