STUART M. EPPSTEINER (SBN 098973)
sme@eppsteiner.com
ANDREW J. KUBIK (SBN 246902)
ajk@eppsteiner.com
ZELEKHA AMIRZADA (SBN 250419)
**EPPSTEINER & FIORICA ATTORNEYS, LLP**
12555 High Bluff Dr., Ste. 155
San Diego, CA 92130
Tel. (858) 350-1500
Fax (858) 350-1501

Counsel for Plaintiffs and the Class

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY BECK-ELLMAN, JOHN AND DENISE BIELIS, and JOHN AND SANDY MAHOY, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>KAZ USA INCORPORATED, and KAZ INCORPORATED,<br><br>DEFENDANTS. | CASE NO.: 10cv2134 H (DHB)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: August 20, 2012<br>Time: 10:30 a.m.<br>Place: Courtroom 9D<br><br>Judge Marilyn Huff<br>Action Filed: October 13, 2010 |

TO DEFENDANT AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 20, 2012 at 10:30 a.m., or as soon thereafter as the matter can be heard in Courtroom 13 of the United States District Court, Southern District of California, located at 940 Front Street, San Diego, CA 92101, Plaintiffs Beverly Beck-Ellman and Sandy Mahoy will, and hereby do, move this Court for an order certifying this action to proceed as a class action under Federal Rule of Civil Procedure 23 using the following class definitions:

**California Class**: All residents of California who purchased Heating Pads in California for primarily personal, family, or household purposes from October 13, 2006 through the date of class notice.

**Pennsylvania Class**: All residents of Pennsylvania who purchased Heating Pads in Pennsylvania for primarily personal, family, or household purposes from October 13, 2004 through the date of class notice.

Excluded from the classes are (1) Defendants, any entity in which Defendants have a controlling interest or which has a controlling interest in Defendants, and Defendants' legal representatives, predecessors, successors and assigns; (ii) governmental entities; (iii) Defendants' employees, officers, directors, agents, and representatives and their family members; and (iv) the judges to whom this case is assigned, any member of the judges' immediate families.

1. Plaintiffs further motion this Court to certify Plaintiffs as the class representatives for their respective States of residence, and their Counsel, Stuart M. Eppsteiner and Andrew J. Kubik of Eppsteiner & Fiorica Attorneys, LLP as Class Counsel.

2. The basis of Plaintiffs' motion for certification of two state classes are more fully set forth in the supporting Memorandum of Points and Authorities, Plaintiffs state as follows:

3. Each Class is so numerous that joinder of all class members is impracticable.

4. There are questions of law and fact common to each State Class that predominate over any questions solely affecting individual members of the each State Class.

5. There are questions of law and fact common to the Classes that can efficiently be resolved in a single trial by the presentation of common facts, evidence and testimony.

6. Each Proposed Class Representative's claims are typical of the claims of the members of the Class they seek to represent.

7. Plaintiffs will fairly and adequately protect the interest of the members of the State Class for which they propose to serve as a class representative and have retained counsel competent and experienced in class actions and consumer litigation. No Plaintiff has interests antagonistic to or in conflict with the members of the State Class they propose to represent.

1     8.    A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

    9.    This case and the claims of the state classes is manageable as a class action.

Plaintiffs' motion will be based on this Notice of Motion and Motion, Memorandum of Points and Authorities in support thereof, the Declarations of Stuart M. Eppsteiner, Andrew J. Kubik, Beverly Beck-Ellman, Sandy Mahoy, the expert reports of Dean Fueroghne and Professor Ralph Barnett, the pleadings and papers on file with the Court, evidence proffered and judicial notice of matters, and upon any other such matters as may be presented to the Court in Plaintiffs' Reply or at the time of the hearing of the noticed motion for class certification.

DATED: July 20, 2012　　　　　　　　　EPPSTEINER & FIORICA ATTORNEYS, LLP

By:　　/s/ Stuart M. Eppsteiner
　　　　Stuart M. Eppsteiner
　　　　Andrew J. Kubik
　　　　Attorneys for Plaintiffs and the Class