STUART M. EPPSTEINER (SBN 098973)
sme@eppsteiner.com
ANDREW J. KUBIK (SBN 246902)
ajk@eppsteiner.com
ZELEKHA AMIRZADA (SBN 250419)
**EPPSTEINER & FIORICA ATTORNEYS, LLP**
12555 High Bluff Dr., Ste. 155
San Diego, CA  92130
Tel. (858) 350-1500
Fax (858) 350-1501

Counsel for Plaintiffs and the Class

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY BECK-ELLMAN, JOHN AND DENISE BIELIS, and JOHN AND SANDY MAHOY, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>KAZ USA INCORPORATED, and KAZ INCORPORATED,<br><br>DEFENDANTS. | CASE NO.:  10cv2134 H (DHB)<br><br>**PLAINTIFFS' NOTICE OF LODGING *REDACTED* DECLARATION OF ANDREW J. KUBIK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: September 4, 2012<br>Time: 10:30 a.m.<br>Place: Courtroom 9D<br><br>Judge Marilyn Huff<br>Action Filed: October 13, 2010 |

TO DEFENDANT AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant District Judge Marilyn Huff's July 23, 1012 Order, which denied Plaintiffs' Motion to Seal Confidential Documents, Plaintiffs hereby lodge with the Court the REDACTED Declaration of Andrew P. Kubik in Support of Motion for Class Certification.

1
NOTICE OF LODGING REDACTED DECLARATION OF ANDREW J. KUBIK

1        Specifically, the names, addresses, and telephone numbers of every consumer identified in the MedWatch Reports attached as Exhibit 3 to the Declaration of Andrew J. Kubik are redacted to protect the privacy of those non-parties. This information can be found specifically, in the Declaration of Andrew Kubik in support of Plaintiffs' Motion for Class Certification, at the following:

- On Page 18 of Exhibit 3 within Box E. Initial Reporter (Name & Address , phone#)
- On Page 20 of Exhibit 3 within Box E. Initial Reporter (Name & Address , phone#)
- On Page 22 of Exhibit 3 within Box E. Initial Reporter (Name & Address , phone#)
- On Page 24 of Exhibit 3 within Box E. Initial Reporter (Name & Address , phone#)
- On Page 26 of Exhibit 3 within Box E. Initial Reporter (Name & Address , phone#)

       The remainder of Plaintiffs' submission on their Motion for Class Certification will not be redacted.

DATED: August 21, 2012        EPPSTEINER & FIORICA ATTORNEYS, LLP

By: _____
Stuart M. Eppsteiner
Andrew J. Kubik
Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

## DECLARATION OF E-SERVICE

I am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is: Eppsteiner & Fiorica Attorneys, LLP, 12555 High Bluff Drive, Suite 155, San Diego, CA 92130.

On **August 21, 2012**, I served the following document(s) described as:

**PLAINTIFFS' NOTICE OF LODGING REDACTED DECLARATION OF ANDREW J. KUBIK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

On interested parties, on the interested parties registered and participating in the Electronic Case Filing Program in this action.

**X** (BY CM/ECF) I caused the above-listed document(s) to be served electronically, pursuant to U.S. District Court's Electronic Case Filing Program, on August 21, 2012, to those parties who have registered to become an e-filer.

**X** (Federal/State) I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Dated: August 21, 2012

_____
LUPE SURO HORN

188814