# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY BECK-ELLMAN, JOHN AND DENISE BIELIS, and JOHN AND SANDY MAHOY, individually and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>vs.<br><br>KAZ USA Inc.,and KAZ, Inc.,,<br><br>Defendants. | CASE NO. 10-CV-02134-H (DHB)<br><br>**AMENDED SCHEDULING ORDER** |

On September 24, 2012, the parties filed a joint motion to amend the scheduling order. (Doc. No. 66.) On September 28, 2012, the Court held a telephonic status conference. (Doc. No. 68.) Stuart Eppsteiner appeared for Plaintiffs and Soojin Kang and Paul Vernon Wayne appeared for Defendants. For good cause, the Court grants in part and denies in part the parties' joint motion to amend the scheduling order.

The Court sets the following schedule, which supersedes the prior scheduling order signed on October 4, 2012 (Doc. No. 70).

1. The Court continues the date for the parties to designate their damage experts in writing from October 12, 2012, to on or before November 9, 2012.

2. The Court continues the date for the parties to comply with the disclosure provisions in Rule (a)(2)(A) and (B) of the Federal Rules of Civil Procedure concerning damage experts

from October 12, 2012, to on or before November 9, 2012.

    3. The Court continues the date for the parties to exchange damages rebuttal experts from October 26, 2012, to on or before November 19, 2012.

    4. The Court continues the date for the parties to supplement their disclosure regarding contradictory or rebuttal evidence from damages experts under Rule 26(a)(2)(E) of the Federal Rules of Civil Procedure from October 26, 2012, to on or before November 19, 2012.

    5. The parties must conduct a Mandatory Settlement Conference on November 6, 2012, at 10:00 a.m. in the chambers of Magistrate Judge David H. Bartick.  Counsel shall submit confidential settlement statements directly to chambers no later than October 31, 2012.  Each party's settlement statement must set forth the party's statement of the case, identify controlling legal issues, concisely set out issues of liability and damages, and will set forth the party's settlement position, including the last offer or demand made by that party, and a separate statement of the offer or demand the party is prepared to make at the settlement conference.

    6. The Court continues the date for the parties to fully comply with the Pretrial Disclosure requirements of Rule 26(a)(3) of the Federal Rules of Civil Procedure from November 5, 2012, to on or before November 27, 2012.

    7. The Court continues the last date for Counsel to meet and confer regarding the preparation of the Pretrial Order, and take the action required by Local Rule 16.1(f)(5), from November 5, 2012, to November 27, 2012.

    8. The Court continues the date for the parties and the Court to prepare, serve and lodge the final Pretrial Order with the Clerk of the Court, including any objections any party has to any other parties' Pretrial Disclosures, from November 26, 2012, to on or before December 3, 2012.

    9. The Court continues the Discovery Cutoff date, as it relates to damages, from November 23, 2012, to December 7, 2012.

    10. The Court continues the date by which the parties must file their Memoranda of Contentions of Law, and, for a jury trial, identify each element of each claim, in compliance

1  with Local Rule 16.1(f)(2)-(4), and serve a copy on opposing counsel, from November 5, 2012
2  to on or before December 7, 2012.
3      11. The Court continues the Pretrial Conference from December 3, 2012, to December
4  10, 2012, at 10:30 a.m., before the Hon. Marilyn L. Huff.
5      12. The Court sets the hearing date on Motions in Limine for January 7, 2013, at 10:30
6  a.m., before the Hon. Marilyn L. Huff.
7      13. For a jury trial, the Court orders the parties to file proposed jury instructions by 9:00
8  a.m. on January 8, 2013.
9      14. Trial will commence before this Court on January 8, 2013, at 10:30 a.m.  The Court
10 orders trial exhibit lists to be filed on or before 9:00 a.m. of the first day of trial.
11     15. Absent further order of the Court, the dates provided in this scheduling order remain
12 in effect and govern the proceedings of this case.
13     **IT IS SO ORDERED.**
14 DATED: October 5, 2012

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT