**THARPE & HOWELL, LLP**
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California  91403
(818) 205-9955; (818) 205-9944 fax
PAUL V. WAYNE, ESQ., SBN 101482
SOOJIN KANG, ESQ., SBN 219738

**GRIMM, VRANJES & GREER LLP**
P.O. Box 129012
San Diego, CA 92112-9012
(619) 231-8802; (619) 233-6039 Fax
EUGENE P. KENNY, ESQ., SBN 105889
W. PATRICK GRIMM, ESQ., SBN 90147

Attorneys for Defendants,
KAZ USA, INC. and KAZ, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY BECK-ELLMAN, JOHN AND DENISE BIELIS, and JOHN AND SANDY MAHOY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KAZ USA INCORPORATED, and KAZ INCORPORATED,<br><br>Defendants. | CASE NO.:   3:10-cv-02134-H-DHB<br>*CLASS ACTION CASE*<br><br>Hon. Marilyn L. Huff<br><br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE PENDING PRETRIAL AND TRIAL DATES** |

THE PARTIES HEREBY NOTIFY THE COURT that Plaintiffs, individually and on behalf of the certified Class in this action, and Defendants Kaz USA, Inc. and Kaz, Inc. ("Defendants") ("collectively, the "Parties"), with the assistance of the Honorable David H. Bartick, U.S. Magistrate Judge, have agreed upon a settlement resolving all claims in this matter. The proposed settlement will be memorialized in a complete written settlement agreement and related documents, which the Parties will endeavor to file with the Court as part of a Motion for Preliminary Approval by approximately January 8, 2013. The Parties' proposed settlement is expressly subject to and conditioned upon the completion of the written agreement, and obtaining

preliminary and final approval from this Court.

THEREFORE THE PARTIES RESPECTFULLY REQUEST that the Court vacate the pending trial date of January 8, 2013, and pretrial dates, as set forth in this Court's October 5, 2012 Amended Scheduling Order (ECF No. 73) and the November 6, 2012 Order Following Mandatory Settlement Conference (ECF No. 75).

In particular, the Parties make this request here because, as set forth in the November 6, 2012 Order Following Mandatory Settlement Conference, disclosure of damages experts and accompanying reports by the Parties is scheduled for Monday November 26, 2012. The Parties, having agreed upon the proposed settlement, desire to direct their experts to cease working on their reports and analysis prior to the holiday weekend, and wish to apply their time and resources to finalizing the settlement. Accordingly, the Parties request that the Court relieve them of their pretrial date obligations, not the least of which is the upcoming disclosure of damages experts on November 26, 2012.

Dated: November 20, 2012                        THARPE & HOWELL, LLP

                                                By: ____/S/_____
                                                    PAUL V. WAYNE
                                                    SOOJIN KANG
                                                    Attorneys for Defendants,
                                                    KAZ USA, INC. and KAZ, INC.

Dated: November 20, 2012                        EPPSTEINER & FIORICA
                                                ATTORNEYS, LLP


                                                By: ____/S/_____
                                                    STUART M. EPPSTEINER
                                                    ANDREW J. KUBIK
                                                    Attorneys for Plaintiffs and the Class

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):
   **JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE PENDING PRETRIAL AND TRIAL DATES**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   Stuart M. Eppsteiner, Esq.
   Andrew J. Kubik, Esq.
   EPPSTEINER & FIORICA
   12555 High Bluff Dr. Suite 155
   San Diego, CA   92130
   sme@eppsteiner.com
   ajk@eppsteiner.com
   za@eppsteiner.com
   lsh@eppsteiner.com
   mmg@eppsteiner.com
   (858)350-1500; (858)350-1501 Fax
   Attorneys for Plaintiff

5.a ___ **By personal service.** I personally delivered the documents on the date shown Below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

b. X **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at t he addresses in item 4 and (specify one):

   (1) deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal\ Service, in a sealed envelope, with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

1  c.__ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d.__ **By messenger service.** I served the documents on the date shown bellow by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service.

e.__ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

f._X_ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not received within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 on (date): 11/20/12

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

____11/20/12_____     ____Amy Eivazian____     ____/S/_____
DATED                 (TYPE OR PRINT NAME)     (SIGNATURE OF DECLARANT)


I:\25233\Notice to Court of Settlement.docx

- 4 -
**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE
PENDING PRETRIAL AND TRIAL DATES**